# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **MARIA SIMMONS, et al,**  Plaintiffs,  v.  **WAL-MART ASSOCIATES INC.,**  Defendant. | **CIVIL ACTION NO.:**  **2:23-CV-00015-SCJ** |

### DEFENDANT'S MOTION TO SEVER PURSUANT TO FED. R. CIV. P. 21

**PLEASE TAKE NOTICE** that Defendant Wal-Mart Associates, Inc. ("Walmart"), by and through its undersigned counsel, moves this Court, pursuant to Rule 20 and 21 of the Federal Rules of Civil Procedure before the Honorable Steve C. Jones, in the United States District Court for the Northern District of Georgia, for an Order to sever the individual claims brought by the thirty-five plaintiffs named in the caption above, dismissing all but the first named Plaintiff, Maria Simmons, and for other and further relief as the Court deems just and proper.

In support, Walmart submits a Memorandum of Law, which is being filed contemporaneously herewith.

A proposed Order is attached hereto for the Court's convenience.

9345796v1

Respectfully submitted this day of 3rd April, 2023.

                CONSTANGY, BROOKS, SMITH
                & PROPHETE, LLP
                /s/ Sarah M. Phaff
                SARAH M. PHAFF
                Georgia Bar No. 140626

Suite 2400
230 Peachtree Street, N.W.
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955
sphaff@constangy.com

                /s/ Alyssa K. Peters
                ALYSSA K. PETERS
                Georgia Bar No. 455211

577 Mulberry St., Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
apeters@constangy.com

**ATTORNEYS FOR DEFENDANT**

9345796v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing DEFENDANT'S MOTION TO SEVER PURSUANT TO FED. R. CIV. P. 21 with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

This 3rd day of April, 2023.

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP

/s/ Sarah M. Phaff
SARAH M. PHAFF
Georgia Bar No. 140626

Suite 2400
230 Peachtree Street, N.W.
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955
sphaff@constangy.com

9345796v1