# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **MARIA SIMMONS,**<br><br>    Plaintiff,<br><br>v.<br><br>**WAL-MART ASSOCIATES, INC.,**<br><br>    Defendant. | **CIVIL ACTION NO.:**<br>**2:23-CV-00015-SCJ-JCF** |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Doc. 26), the Parties respectfully provide the following joint status report:

1. Both parties have served and responded to written discovery, and both parties have produced documents. Defendant has raised some discovery disputes to Plaintiff, including deficiencies with Plaintiff's discovery responses and document productions. Plaintiff is in the process of addressing those deficiencies.

2. Defendant has identified August 30, 2024 for Plaintiff's deposition.

3. Plaintiff is reviewing Defendant's responses to discovery and has identified and will be addressing some discovery disputes.

*** signature on following page ***

Respectfully submitted, this 1st day of July, 2024.

| Lucas & Leon, LLC | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
|---|---|
| /s/ Beverly A. Lucas<br>BEVERLY A. LUCAS<br>Georgia Bar No. 427692<br>P.O. Box 752<br>Clarkesville, Georgia 30523<br>Telephone: (706) 754-2001<br>beverly@lucasandleon.com<br><br>*Attorney for Plaintiff* | /s/ Sarah M. Phaff<br>SARAH M. PHAFF<br>Georgia Bar No. 140626<br>230 Peachtree Street, NW, Suite 2400<br>Atlanta, Georgia 30303-1557<br>Telephone: (404) 230-6777<br>sphaff@constangy.com<br><br>/s/ Alyssa K. Peters<br>ALYSSA K. PETERS<br>Georgia Bar No. 455211<br>577 Mulberry Street, Ste. 710<br>PO Box 1975<br>Macon, Georgia 31202-1975<br>Telephone: (478) 750-8600<br>apeters@constangy.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATION OF COMPLIANCE**

The undersigned counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in L.R. 5.1, specifically Times New Roman 14.

Respectfully submitted, this 1st day of July, 2024.

                                            CONSTANGY, BROOKS, SMITH
                                            & PROPHETE, LLP

                                            /s/ Sarah M. Phaff
                                            SARAH M. PHAFF
                                            Georgia Bar No. 140626

Suite 2400
230 Peachtree Street, N.W.
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955
sphaff@constangy.com

                                            /s/ Alyssa K. Peters
                                            ALYSSA K. PETERS
                                            Georgia Bar No. 455211

577 Mulberry St., Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
apeters@constangy.com

                                            ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

Respectfully submitted, this 1st day of July, 2024.

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP

/s/ Sarah M. Phaff
SARAH M. PHAFF
Georgia Bar No. 140626

Suite 2400
230 Peachtree Street, N.W.
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955
sphaff@constangy.com