IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| MARIA SIMMONS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO.: 2:23-CV-00015-SCJ-JCF |
| | : | |
| WAL-MART ASSOCIATES, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court on the Parties' Joint Motion To Stay Pending Mediation. (Doc. 65). The parties request that the Court enter an order staying all deadlines in this case, including the discovery deadline of April 4, 2025, in order to allow them time to identify a mediator and schedule mediation. The parties have not identified a date by which they expect completion of their mediation, but in light of the age of this case, filed January 25, 2023, and the Court's case management requirements, the Court cannot stay this case for an indefinite period of time for the parties to complete mediation. Accordingly, the parties' Joint Motion To Stay Pending Mediation (Doc. 65) is **GRANTED** as follows: deadlines in this case are **STAYED UNTIL APRIL 18, 2025** to allow the parties to pursue mediation, to be completed no later than April 18, 2025. The parties are **DIRECTED** to file a status

1

report concerning the status of their mediation **NO LATER THAN APRIL 21, 2025.** If the case is not resolved by April 18, 2025, the discovery period shall recommence on **APRIL 21, 2025** and shall end on **MAY 9, 2025**. Motions for summary judgment or the proposed Consolidated Pretrial Order shall be filed **NO LATER THAN JUNE 9, 2025**. **THESE DEADLINES SHALL NOT BE EXTENDED FURTHER**.

      **IT IS SO ORDERED** this 19th day of March, 2025.

                                    */s/ J. Clay Fuller*
                                    J. CLAY FULLER
                                    UNITED STATES MAGISTRATE JUDGE