## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARIA SIMMONS,<br><br>          Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>          Defendant. | CIVIL ACTION NO.:<br>2:23-CV-00015-SCJ-AWH<br><br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND THE STAY
## OF ALL DEADLINES PENDING MEDIATION

COME NOW Defendant Wal-Mart Associates, Inc. (hereinafter "Defendant"), and Plaintiff Maria Simmons (hereinafter "Plaintiff") (collectively, the "Parties"), by and through undersigned counsel and move this Court to extend the current stay of all deadlines for an additional fourteen (14) days and as grounds for said Motion state the following:

1.      Discovery in this matter was stayed though April 18, 2025 pursuant to this Court's March 19, 2025 Order. (Doc. 66).

2.      The parties requested their original stay as they were exploring resolution of the case.

3.      The Parties have been and are currently engaging in resolution discussions.

4.    Accordingly, the Parties move this Court to extend the stay of all deadlines for an additional two weeks, through and including May 2, 2025, at which time the Parties will provide a Joint Status Update to the Court.

6.    Neither Party will be prejudiced by the granting of this Motion. This Motion is not sought for the purpose of delay.

*** signatures on following page ***

Respectfully submitted this 21st day of April, 2025.

Lucas & Leon, LLC

/s/ Beverly A. Lucas
BEVERLY A. LUCAS
Georgia Bar No. 427692
P.O. Box 752
Clarkesville, Georgia 30523
Telephone: (706) 754-2001
beverly@lucasandleon.com

*Attorney for Plaintiff*

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP

/s/ Alyssa K. Peters
ALYSSA K. PETERS
Georgia Bar No. 455211
Highridge Centre
3920 Arkwright Road
Suite 375
Macon, GA 31210
Telephone: (478) 750-8600
apeters@constangy.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I have electronically filed the foregoing JOINT MOTION TO EXTEND THE STAY OF ALL DEADLINES PENDING MEDIATION with the Clerk of Court using the CM/ECF system, which will automatically serve the following attorneys of record:

Dated this 21st day of April, 2025.

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP

/s/ Alyssa K. Peters
ALYSSA K. PETERS
Georgia Bar No. 455211

Highridge Centre
3920 Arkwright Road
Suite 375
Macon, GA 31210
(478) 750-8600
apeters@constangy.com