IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARIA SIMMONS, | : |
| | : |
| Plaintiff, | : |
| | :   CIVIL ACTION FILE |
| v. | :   NO.: 2:23-CV-00015-SCJ-AWH |
| | : |
| WAL-MART ASSOCIATES, INC., | : |
| | : |
| Defendant. | : |

## **ORDER**

By Order entered April 22, 2025, the Court granted the parties' joint motion to extend the stay of deadlines through May 2, 2025 to give them additional time to continue their settlement efforts. Docs. 67, 68. The Court directed that the discovery period will recommence May 5, 2025 and end May 23, 2025 and that motions for summary judgment or the proposed Consolidated Pretrial Order shall be filed no later than June 23, 2025. Doc. 68 at 2. The Court also directed the parties to file a joint status report no later than May 2, 2025 concerning the status of their settlement efforts. Id. The Court cautioned the parties "that there will be no further extensions of the stay or deadlines set out in this Order, regardless of their asserted settlement efforts, unless they announce that they have settled the case." Id. at 2-3. The parties have filed a status report as directed in which they report that

1

their "efforts to resolve the case are ongoing." Doc. 69. The discovery period therefore has recommenced and will end on **MAY 23, 2025**. Motions for summary judgment or the proposed Consolidated Pretrial Order shall be filed no later than **JUNE 23, 2025** unless the parties have announced that they have settled the case.

**IT IS SO ORDERED** this 5th day of May, 2025.

Anna W. Howard
United States Magistrate Judge