# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **MARIA SIMMONS,** | CIVIL ACTION NO.: |
| Plaintiff, | 2:23-CV-00015-SCJ-AWH |
| v. | |
| **WAL-MART ASSOCIATES, INC.,** | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the Plaintiff and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned civil action is hereby dismissed, without prejudice, with each party to bear its own costs.

Respectfully submitted this 12th day of May, 2025.

| | |
|---|---|
| Lucas & Leon, LLC | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| /s/ Beverly A. Lucas | /s/ Alyssa K. Peters |
| BEVERLY A. LUCAS | ALYSSA K. PETERS |
| Georgia Bar No. 427692 | Georgia Bar No. 455211 |
| P.O. Box 752 | Highridge Centre |
| Clarkesville, Georgia 30523 | 3920 Arkwright Road |
| Telephone: (706) 754-2001 | Suite 375 |
| beverly@lucasandleon.com | Macon, GA 31210 |
| | Telephone: (478) 750-8600 |
| | apeters@constangy.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system which will automatically send notification of filing to all attorneys of record.

This 12th day of May, 2025.

        Lucas & Leon, LLC

        /s/ Beverly A. Lucas
        BEVERLY A. LUCAS
        Georgia Bar No. 427692
        P.O. Box 752
        Clarkesville, Georgia 30523
        Telephone: (706) 754-2001
        beverly@lucasandleon.com

        *Attorney for Plaintiff*