UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARIA SIMMONS,<br><br>                 Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>                 Defendant. | CIVIL ACTION FILE<br><br>NO. 2:23-cv-00015-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, Senior United States District Judge, for consideration of the magistrate judge's report and recommendation, and the court having previously approved and adopted the report on January 29, 2024 dismissing the other plaintiffs, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice due to the remaining parties filing a stipulation of dismissal.

Dated at Gainesville, Georgia, this 12th day of May, 2025.

                                                KEVIN P. WEIMER
                                                CLERK OF COURT

                                    By:   s/Shane Gazaway
                                                       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
     May 12, 2025

Kevin P. Weimer
Clerk of Court

By:   s/Shane Gazaway
      Deputy Clerk