IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARIA SIMMONS, | |
|    Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 2:23-CV-0015-SCJ |
| WAL-MART ASSOCIATES, INC., | |
|    Defendant. | |

## ORDER

This civil action is before the Court on the parties' Joint Stipulation of Dismissal [Doc. 71], which was inadvertently approved by the Clerk on May 12, 2025 prior to review and approval by the undersigned. It is hereby **ORDERED** that this action be **REOPENED**.

**IT IS SO ORDERED**, this 13th day of May, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE